In the Matter of ITALO DIXON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [853 NYS2d 519]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

In the Matter of OLIVER RICHARDSON, Petitioner, v BRIAN FISCHER, as Commissioner of New York State Department of Correctional Services, Respondent. [852 NYS2d 921]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN B. MURPHY, Appellant. [853 NYS2d 518]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.